883 A.2d 1057

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
RONALD MARROW, DEFENDANT–PETITIONER.

September 12, 2005.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).

883 A.2d 1057

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. S.G.Y., DEFENDANT–PETITIONER.

September 12, 2005.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005); and it is further

ORDERED that should the trial court conclude that consecutive sentences are warranted, it shall articulate the reasons for that decision consistent with the requirements of *State v. Yarbough,* 100 *N.J.* 627, 498 *A.*2d 1239 (1985).